Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1: 12 CR 0439 AWI / BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO RESCHEDULE |
| v. ) | STATUS CONFERENCE |
| ) | (Sixth Request) |
| WALTER WATTS, JR., ) | |
| ) | The Hon. Magistrate Judge Barbara A. McAuliffe |
| Defendant. ) | |
| ) | |
| ) | |

Defendant, Walter Watts, Jr., through his counsel, Alex C. Park, and United States of America, through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully request this Court to continue the Status Conference to January 13, 2014.

WHEREAS, this is the sixth request to continue the status conference date for Defendant Walter Watts, Jr.;

WHEREAS, Defendant Walter Watts, Jr. seeks this continuance of the status conference due to the fact that counsel, Alex C. Park, is unavailable on the date of August 26, 2013 due to his starting medical treatment and procedures for recently discovered health problems; Mr. Park's medical problems will require ongoing medical treatment and procedures for the next two months, to be followed by a surgery that will require another month of recuperation; with the expectation that Mr. Park will reach the end of his recuperation from said medical treatment and related procedures in early January 2014;

WHEREAS, Assistant United States Attorney Kevin P. Rooney, stipulates to this continuance of the status conference until January 13, 2014;

WHEREAS, Defendant Walter Watts, Jr. hereby waives and excludes the computation of

additional time from August 26, 2013 until the rescheduled Status Conference, January 13, 2014 or thereafter, within which this trial must be commenced pursuant to 18 U.S.C. § 3161(h)(B)(iv); and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The current Status Conference will be rescheduled to January 13, 2014.
2. The additional time allowed for the later Status Conference is hereby waived and excluded from time calculation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

Respectfully submitted,

August 20, 2013                                   LAW OFFICE OF ALEX C. PARK


                                                  /s/
                                                  ALEX C. PARK[1]
                                                  Attorney for Defendant Walter Watts, Jr.


August 20, 2013                                   UNITED STATES ATTORNEY


                                                  /s/
                                                  KEVIN P. ROONEY
                                                  Assistant U.S. Attorney for United States of America

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.

**ORDER**

For good cause shown above,

IT IS SO ORDERED that the 5th Status Conference is continued from August 26,2013 to January 13, 2014 at 1:00 p.m. before Judge McAuliffe and excluded from time is waived pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

Dated: **August 21, 2013**        /s/ *Barbara A. McAuliffe*
             UNITED STATES MAGISTRATE JUDGE